Aaron Brown, SBN 277981
Angel Silva, SBN 334083
CALIFORNIA TRIAL TEAM P.C.
18650 MacArthur Blvd., Ste. 300
Irvine, CA 92612
562-495-8405, fax 562-485-4719
aaron@caltrialteam.com
asilva@caltrialteam.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE MENDOZA VIA GAL RACHEL MENDOZA, Plaintiff<br><br>v.<br><br>BOB'S DISCOUNT FURNITURE, LLC and Does 1 to 100, Defendants | 3:24-cv-01926-AJB-SBC<br><br>JOINT STIPULATION TO PERMIT FILING OF PLAINITFF'S FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL |

Pursuant to Federal Rules of Procedure, Rule 15(a)(2), JAKE MENDOZA and BOB'S DISCOUNT FURNITURE, LLC stipulate to allow JAKE MENDOZA to file his "FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL". The complaint is amended to add an additional defendant, ELEMENTS INTERNATIONAL GROUP, LLC. Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that PLAINTIFF shall file his "FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL", attached hereto as Exhibit 1.

BOB'S DISCOUNT FURNITURE, LLC does not concede the allegations made in the complaint, and reserves all rights.

Undersigned counsel for Plaintiff, AARON BROWN, certifies that all electronic signatures below have been duly authorized by signatory counsel.

Date: 12/09/2024

CALIFORNIA TRIAL TEAM P.C.

*/s/Aaron Brown*

Aaron Brown
Angel Silva
Attorneys for Plaintiff

Date: 12/09/2024

COZEN O'CONNOR

*/s/ David Shimkin*

David A. Shimkin
Attorneys for BOB'S DISCOUNT FURNITURE, LLC

# EXHIBIT 1

Aaron Brown, SBN 277981
Angel Silva, SBN 334083
CALIFORNIA TRIAL TEAM P.C.
18650 MacArthur Blvd., Ste. 300
Irvine, CA 92612
562-495-8405, fax 562-485-4719
aaron@caltrialteam.com
asilva@caltrialteam.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE MENDOZA VIA GAL RACHEL MENDOZA, Plaintiff<br><br>v.<br><br>BOB'S DISCOUNT FURNITURE, LLC and Does 1 to 100, Defendants | 3:24-cv-01926-AJB-SBC<br><br>FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL |

This first amended complaint is filed pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), based on stipulation entered between Plaintiff JAKE MENDOZA and Defendant BOB'S DISCOUNT FURNITURE, LLC. COMES NOW the plaintiff, JAKE MENDOZA, and for a cause of action against the Defendants, complains and alleges as follows:

**GENERAL ALLEGATIONS, JURISDICTION AND VENUE**

1. Plaintiff JAKE MENDOZA via guardian RACHEL MENDOZA alleges a cause of action against defendants BOB'S DISCOUNT FURNITURE, LLC, ELEMENTS INTERNATIONAL GROUP, LLC, and Does 1 to 100.

2. Plaintiff JAKE MENDOZA is a minor, born 07/30/2018. RACHEL MENDOZA is his Plaintiff JAKE MENDOZA's mother. She was appointed as his guardian ad litem on

09/10/2024. The pleading by which she was appointed guardian ad litem is attached as Exhibit 1 to this pleading.

3. This is a products liability case. The claims herein against Defendants arise under the law of the State of California.

4. The accident occurred at 238 East Kalmia Street, Fallbrook, CA 92028. Plaintiff is a natural person domiciled in Fallbrook, CA. Defendant BOB'S DISCOUNT FURNITURE, LLC is a corporation formed in Massachusetts, with its principal address at 434 Tolland Turnpike, Manchester, CT 06042. Defendant ELEMENTS INTERNATIONAL GROUP, LLC is a corporation formed in Texas, with its registered address at 2020 Industrial Blvd Rockwall, TX 75087.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

6. Jurisdiction is proper pursuant to 28 U.S.C. § 1332(a)(1). All parties are citizens of different states. The amount in controversy exceeds $75,000.

7. The true names of defendants sued as Does are unknown to plaintiff. Does 1 to 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment. Does 1 to 100 are persons whose capacities are unknown to plaintiff.

8. The sole cause of action is products liability.

9. As a result of the accident at issue, Plaintiff has suffered wage loss, hospital and medical expenses, general damage, loss of earning capacity, and interest thereon.

//

**FIRST CAUSE OF ACTION AGAINST DEFENDANTS FOR PRODUCTS LIABILITY UNDER CALIFORNIA LAW**

10. Plaintiff refers to and incorporates herein by this reference each and every allegation of paragraphs 1 through 9 of his General Allegations, as though fully set forth at length.

11. On or about 07/23/2023, Plaintiff was injured by the following product: The Dream Motion Slate LAF Power Recliner, model R811G, serial number 2D2023030600178.

12. BOB'S DISCOUNT FURNITURE, LLC, ELEMENTS INTERNATIONAL GROUP, LLC, and Does 1 to 100 [hereinafter "Defendants"] knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each Defendant. The product, at the time of injury, was being used in the manner intended by Defendants, or being used in the manner that was reasonably foreseeable by Defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

13. Plaintiff was a user of the product, or a bystander to the use of the product.

14. Plaintiff's injury was the legal (proximate) result of the strict liability of the following defendants who manufactured or assembled the product: BOB'S DISCOUNT FURNITURE, LLC, ELEMENTS INTERNATIONAL GROUP, LLC, and Does 1 to 100.

15. Plaintiff's injury was the legal (proximate) result of the strict liability of the following defendants who designed and manufactured component parts supplied to the manufacturer: BOB'S DISCOUNT FURNITURE, LLC, ELEMENTS INTERNATIONAL GROUP, LLC, and Does 1 to 100.

16. Plaintiff's injury was the legal (proximate) result of the strict liability of the following defendants who sold the product to the public: BOB'S DISCOUNT FURNITURE, LLC, ELEMENTS INTERNATIONAL GROUP, LLC, and Does 1 to 100.

17. Plaintiff's injury was the legal (proximate) result of the negligence of the following defendants who owed a duty to plaintiff: BOB'S DISCOUNT FURNITURE, LLC, ELEMENTS INTERNATIONAL GROUP, LLC, and Does 1 to 100.

18. Plaintiff's injury was the legal (proximate) result of the breach of warranty of the following defendants who breached an implied warranty, an express warranty, and/or an express oral warranty: BOB'S DISCOUNT FURNITURE, LLC, ELEMENTS INTERNATIONAL GROUP, LLC, and Does 1 to 100.

**PRAYER**

WHEREFORE, Plaintiff prays for damages against the Defendants, and each of them, as follows:

1. For general damages in an amount according to proof;
2. For past loss of earnings, and future loss of earnings / earning capacity according to proof;
3. For medical expenses, past and future, in an amount according to proof.
4. For costs of suit herein, according to proof; and,
5. For such other and further relief as the court may deem just and proper.

//

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury of the above-captioned matter.

Date: 11/03/2024

CALIFORNIA TRIAL TEAM P.C.

Aaron Brown
Angel Silva
Attorneys for Plaintiff

# EXHIBIT 1

**CIV-011/FL-936**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Aaron Brown (SBN: 277981) | | FILED<br>Clerk of the Superior Court<br>9/10/2024 2:40:28 PM<br>By J. Renteria |
| FIRM NAME: CALIFORNIA TRIAL TEAM P.C. | | |
| STREET ADDRESS: 18650 MacArthur Blvd., Ste. 300 | | |
| CITY: Irvine | STATE: CA ZIP CODE: 92612 | |
| TELEPHONE NO.: 562-495-8405 | FAX NO.: 562-485-4719 | |
| EMAIL ADDRESS: aaron@caltrialteam.com | | |
| ATTORNEY FOR (*name*): Plaintiffs | | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Hall of Justice | | |
| PLAINTIFF/PETITIONER: Jake Mendoza via GAL Rachel Mendoza<br>DEFENDANT/RESPONDENT: Bob's Discount Furniture, LLC<br>OTHER PARENT/PARTY: | | |
| **ORDER APPOINTING GUARDIAN AD LITEM—CIVIL AND FAMILY LAW**<br>☒ **EX PARTE** | | CASE NUMBER:<br>24CU010669C |

1. Applicant *(name):* Rachel Mendoza
   seeks appointment of a guardian ad litem of *(name):* Jake Mendoza

2. ☐ The application came on regularly for a hearing as follows:
   a. Judicial officer *(name):*
   b. Hearing date: Time: ☐ Dept.: ☐ Room:
   c. The following persons were present at the hearing:
      (1) ☐ Applicant *(name):*
      (2) ☐ Attorney for applicant *(name):*
      (3) ☐ Guardian ad litem named in item 6.
      (4) ☐ Attorney for guardian ad litem *(name):*
      (5) ☐ Plaintiff/Petitioner *(name):* Jake Mendoza via GAL Rachel Mendoza
      (6) ☐ Attorney for Plaintiff/Petitioner *(name):*
      (7) ☐ Defendant/Respondent *(name):* Bob's Discount Furniture, LLC
      (8) ☐ Attorney for Defendant/Respondent *(name):*
      (9) ☐ Other *(names):*

**THE COURT FINDS**

3. ☒ All notices required by law have been given.

4. The person for whom a guardian ad litem is to be appointed is a party who is
   a. ☒ a minor *(date of birth):* 07/30/2018
   b. ☐ a person who lacks legal capacity to make decisions.
   c. ☐ a person for whom a conservator has been appointed.

5. ☒ The person for whom a guardian ad litem is to be appointed
   a. ☐ is a minor who is a party to an action under the Uniform Parentage Act. (Family Code, §§ 7600–7730.)
   b. ☐ is a minor who is requesting or opposing a request for an injunction or restraining order described in Code of Civil Procedure sections 372(b) and 374(a).
   c. ☒ does not have a guardian or conservator of the estate.
   d. ☐ has a guardian or conservator of the estate, but the guardian or conservator is inadequate to represent the person's interest and appointment of a guardian ad litem is expedient.

**CIV-011/FL-936**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Jake Mendoza via GAL Rachel Mendoza<br>DEFENDANT/RESPONDENT: Bob's Discount Furniture, LLC<br>OTHER PARENT/PARTY: | CASE NUMBER:<br>24CU010669C |

**THE COURT ORDERS**

6. *(Name):* Rachel Mendoza
is appointed guardian ad litem of *(name):* Jake Mendoza

7. The guardian ad litem ☐ is ☒ is ***not*** authorized to waive or disclaim any substantive rights of the represented party without further order of this court.

8. The guardian ad litem must promptly report to the court any potential conflict of interest with the represented person that becomes an actual conflict, as well as any new potential or actual conflict of interest that arises during the course of the representation.

9. ☐ Other *(specify):*

☐ Continued on Attachment 9.

10. Number of pages attached: _________

Date: September 12, 2024

Maureen F. Hallahan

JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT