1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   J.M. via G.A.L. RACHEL MENDOZA,          Case No.:  24-cv-01926-AJB-SBC

12                              Plaintiff,     **ORDER GRANTING JOINT MOTION
                                              TO DISMISS BOB'S DISCOUNT
13   v.                                       FURNITURE, LLC'S THIRD-PARTY
                                              COMPLAINT AGAINST ELEMENTS
14   BOB'S DISCOUNT FURNITURE, LLC;           INTERNATIONAL GROUP, LLC**
     ELEMENTS INTERNATIONAL
15   GROUP, LLC; and DOES 1 to 100,
     inclusive,                               **(Doc. No. 40)**
16
17                            Defendants.

18   BOB'S DISCOUNT FURNITURE, LLC

19                    Third-Party Plaintiff,

20
     v.
21
     ELEMENTS INTERNATIONAL
22   GROUP, LLC, and ROES 1 to 100,
     inclusive,
23
24                Third-Party Defendant.

25   ELEMENTS INTERNATIONAL
     GROUP, LLC,
26
27                    Third-Party Plaintiff,

28   v.

                                        1

RACHEL MENDOZA, ANGEL
MENDOZA, LINDA THOMAS, and
MOES 1 through 50, inclusive,

               Third-Party Defendants.

     On May 30, 2025, Defendant and Third-Party Plaintiff Bob's Discount Furniture, LLC ("Bob's Discount") and Third-Party Defendant Elements International Group, LLC ("Elements") filed a joint motion to dismiss without prejudice Bob's Discount's third-party complaint against Elements ("Joint Motion"). (Doc. No. 40; *see also* Doc. No. 41.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and for good cause shown, the Court **GRANTS** the Joint Motion and dismisses Bob's Discount's third-party complaint against Elements, (Doc. No. 6), without prejudice.

     **IT IS SO ORDERED.**

Dated:  June 10, 2025

                                       Hon. Anthony J. Battaglia
                                       United States District Judge